■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REGINALD BELL, Appellant. [3 NYS3d 622]—Appeal by the defendant from a judgment of the Supreme Court, Richmond County (Rooney, J.), rendered January 4, 2012, convicting him of manslaughter in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that he was deprived of a fair trial due to certain comments the prosecutor made on summation is unpreserved for appellate review (*see* CPL 470.05 [2]), because the defendant failed to object to the comments he now challenges (*see People v Romero*, 7 NY3d 911, 912 [2006]), or failed to request additional relief when the trial court sustained objections or provided curative instructions (*see People v Heide*, 84 NY2d 943, 944 [1994]; *People v Bajana*, 82 AD3d 1111, 1112 [2011]; *People v Damon*, 78 AD3d 860, 861 [2010]). In any event, the comments did not deprive the defendant of a fair trial (*see People v Jorgensen*, 113 AD3d 793, 794 [2014]; *People v Littlejohn*, 112 AD3d 67, 77 [2013]). Balkin, J.P., Roman, Sgroi and LaSalle, JJ., concur.